668

No. 947. GRUBB *v.* LAWMAN, RECEIVER. Jurisdictional statement distributed May 15, 1937. Decided May 24, 1937. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the reason that the judgment sought here to be reviewed is based upon a non-federal ground adequate to support it. *DeSaussure* v. *Gaillard,* 127 U. S. 216, 232, 233; *McCoy* v. *Shaw,* 277 U. S. 302, 303; *Kammerer* v. *Kroeger,* 299 U. S. 302, 304. *Messrs. J. B. Sizer* and *Charles C. Moore* for appellant. *Mr. T. Pope Shepherd* for appellee.

No. —, original. EX PARTE CHESTER G. BOLLENBACH. May 24, 1937. The motion for leave to file a petition for writ of certiorari herein is denied.

No. 13, original. TEXAS *v.* FLORIDA ET AL. May 24, 1937. The answers of the defendants are received and ordered filed.

No. 499. HARTRIDGE-CANNON Co. ET AL. *v.* GILLESPIE ET AL. May 24, 1937. The motion of the State of Florida for leave to file a petition to intervene is granted. The petition to intervene is denied.

No. 922. WORCESTER COUNTY TRUST Co. *v.* RILEY. See *post,* p. 678.

No. 499. HARTRIDGE-CANNON Co. ET AL. *v.* GILLESPIE ET AL. May 24, 1937. The motion for leave to file petition for rehearing is granted. The petition for rehearing is denied.